B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Mississippi

In re   Lee Brothers, LLC                                   Case No.   15-50003
                        Debtor(s)                           Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Aaron Harris<br>2518 Marshall Road<br>Unit A<br>Biloxi, MS 39531 | Aaron Harris<br>2518 Marshall Road<br>Unit A<br>Biloxi, MS 39531 | | | 30,000.00 |
| Christine Dedeaux<br>13407 Dedeaux Road<br>Gulfport, MS 39503 | Christine Dedeaux<br>13407 Dedeaux Road<br>Gulfport, MS 39503 | | | 120,000.00 |
| Harrison Co Chanc Clrk<br>730 Dr. MLK Blvd<br>Biloxi, MS 39530 | Harrison Co Chanc Clrk<br>730 Dr. MLK Blvd<br>Biloxi, MS 39530 | | | 24,000.00 |
| Harrison Co. Tax Coll.<br>P.O. Box 448<br>Biloxi, MS 39533 | Harrison Co. Tax Coll.<br>P.O. Box 448<br>Biloxi, MS 39533 | | | 12,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   Lee Brothers, LLC
Debtor(s)

Case No.   15-50003

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   January 6, 2015

Signature   /s/ Anthony Lee
Anthony Lee
Manager

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.